# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| LINCOLN SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.  7:14-cv-1420-AKK-TMP |
| | ) |
| CHRISTOPHER GORDY, Warden; and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 10, 2015, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed.  (Doc. 15).  Petitioner has not filed any objections.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* is due to be DENIED AND DISMISSED WITH PREJUDICE.  A separate final judgment will be entered.

The Clerk is DIRECTED to mail a copy of this Memorandum Opinion to the petitioner.

**DONE** the 4th day of September, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE